Dismissed and Memorandum Opinion filed November 23, 2005









Dismissed and Memorandum Opinion filed November 23,
2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00791-CV

____________

 

IMC GLOBAL, INC.,
Appellant

 

V.

 

EL PASO PRODUCTION OIL & GAS
COMPANY, Appellee

 



 

On Appeal from the 61st District
Court

Harris County,
Texas

Trial Court Cause No.
03-67133

 



 

M E M O R A N D U M  O
P I N I O N

This is an appeal from a judgment signed May 19, 2005.  The clerk=s record was filed on July 26,
2005.  No reporter=s record was taken .  No brief was filed.

On October 6, 2005, this Court issued an order stating that
unless appellant submitted its brief, together with a motion reasonably
explaining why the brief was late, on or before October 27, 2005, the Court
would dismiss the appeal for want of prosecution.  See Tex.
R. App. P. 42.3(b).

Appellant filed no response.








Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

Judgment rendered and Memorandum
Opinion filed November 23, 2005.

Panel consists of Justices Hudson,
Frost, and Seymore.